UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULTAR SINGH,<br><br>            Petitioner,<br><br>   v.<br><br>ERIC HOLDER, et al.,<br><br>            Respondents. | 1:10-CV-02239 SMS HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER<br>[Doc. #8] |

      Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

      On December 9, 2010, an Order directing Respondent to Show Cause why the petition should not be granted was issued in this case. Respondent was granted forty-five (45) days to respond to the Order. Over forty-five (45) days have passed and Respondent has failed to respond in any manner. Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

      Accordingly, Respondent is HEREBY ORDERED to, within thirty (30) days of service of

1 this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply
2 with a court order.

5 IT IS SO ORDERED.

6 **Dated:     March 22, 2011**                                    /s/ Sandra M. Snyder
                                                                   UNITED STATES MAGISTRATE JUDGE